KAREN P. HEWITT
United States Attorney
SHERRI WALKER HOBSON
Assistant U.S. Attorney
California State Bar No.
Federal Office Building
880 Front Street, Sixth Floor
San Diego, CA 92101-8800
Telephone: (619) 557-5027

Attorneys for the
United States of America

ORIGINAL

FILED
07 DEC 26 AM 11:44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: PDL DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Search of<br><br>**8539 AQUARIUS DRIVE**<br>**SAN DIEGO, CALIFORNIA** | Case No. 07MJ2742<br><br>ORDER UNSEALING APPLICATION AND AFFIDAVIT FOR SEARCH WARRANT |

Upon motion of the UNITED STATES OF AMERICA, in that the United States needs to provide discovery materials to the arrested defendants,

IT IS HEREBY ORDERED that the application for warrant with supporting documents, the application, the affidavit in support of the captioned matter, and this order be unsealed.

DATED: December 26, 2007.

THE HONORABLE LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

Presented by:

KAREN P. HEWITT
United States Attorney

SHERRI WALKER HOBSON
Assistant U.S. Attorney