UNSEALED 12/26/07

# UNITED STATES DISTRICT COURT

ORDERED SEALED BY COURT

08 APR 15 PM 12:45

SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**8539 AQUARIUS DRIVE**
**SAN DIEGO, CALIFORNIA**

## SEARCH WARRANT

BY: DEPUTY

**CASE NUMBER: '07 MJ 2742**

TO: DEA SPECIAL AGENT JOHN GIESON and any Authorized Officer of the United States

Affidavit(s) having been made before me by AGENT GIESON who has reason to believe that __ on the person of or ___ on the premises known as (name, description and/or location)

See ATTACHMENT A

in the SOUTHERN District of CALIFORNIA there is now concealed a certain person or property, namely (describe the person or property)

See ATTACHMENT B

I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

**YOU ARE HEREBY COMMANDED** to search on or before 12/1/07
Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ JMA and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to Jan M. Adler
U.S. Judge or Magistrate
as required by law.

11/21/07 at 5:18 p.m.
Date and Time Issued

San Diego, CA
City and State

JAN M. ~~ALDER~~ ADLER
UNITED STATES MAGISTRATE JUDGE

Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 11-21-07 | 11-27-07 | @ RESIDENCE |

INVENTORY MADE IN THE PRESENCE OF
SA E. BAIL

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHED DEA 12'S

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

JOHN GIESON, SA

Subscribed, sworn to, and returned before me this date.

[signature]
U.S. Judge or Magistrate

2/7/08
Date

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)
8539 AQUARIUS DR
SAN DIEGO

FILE NO. C2-07-0398

G-DEP IDENTIFIER

FILE TITLE

DATE 11-27-09

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | S+W REVOLVER | |
| | MISC. AMMUNITION + 2 MAGAZINES | |
| UNKNOWN | US CURRENCY | |
| 1 | MAUSER RIFLE | |
| | MISC. PAPERWORK | |
| 2 | BONGS | |
| 1 | 12 GAUGE SHOTGUN | |
| 1 | SCALE | |
| UNKNOWN | US CURRENCY | |
| | BAGGIES | |
| 1 | GLOCK W/4 MAGAZINES | |
| 1 | WINCHESTER RIFLE | |
| | MISC. AMMUNITION | |
| UNKNOWN | US CURRENCY | |
| 33 ~~1~~ | ~~GREEN~~ ~~CORN~~ MARIJUANA ROOT BALLS | |
| | MISC. PAPERWORK | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)
[signature]

NAME AND TITLE (Print or Type)
Lee A. Hobson / S/A

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION

# RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

8539 AQUARIUS DR
SAN DIEGO

FILE NO. 2287-0398

G-DEP IDENTIFIER

FILE TITLE

DATE 11-27-07

DIVISION/DISTRICT OFFICE

I hereby acknowledge receipt of the following described cash or other item(s), which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | 22 CAL. RIFLE | |
| 1 | PR 24 POLICE BATON (CHP 14669) | |
| 4 | LIGHT HOODS W/1000 W BULBS | |
| 2 | TIMERS | |
| 6 | BALLASTS | |
| 1 | FAN | |
| 1 | MULTIFLOW IRR. SYSTEM | |
| 1 | $CO_2$ TANK | |
| 2 | 1000 W BULBS | |
| 3 | 1 GAL. JUGS FERTILIZER | |
| 1 | SCALE | |
| UNK | MISC. MARIJUANA BUDS | |
| 17 | BAGS DRIED MARIJUANA | |
| 1 | BAG MARIJUANA SHAKE | |
| 2 | BLACK TRASH BAGS MARIJUANA | |
| 16 | MARIJUANA PLANTS | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)

WITNESSED BY (Signature)

[signature]

NAME AND TITLE (Print or Type)

S/A Lee A. [illegible]